ACCEPTED
03-15-00025-CV
7364377
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 9:36:45 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

_____

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 9:36:45 AM
JEFFREY D. KYLE
Clerk

_____

APPELLANTS, LAKEWAY REGIONAL MEDICAL CENTER, LLC AND
SURGICAL DEVELOPMENT PARTNERS, LLC// CROSS-APPELLANT,
LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS
SPECIALTY HOSPITAL, LLC

v.

APPELLEES, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE
TRAVIS SPECIALTY HOSPITAL, LLC// CROSS-APPELLEES, LAKEWAY
REGIONAL MEDICAL CENTER, LLC, SURGICAL DEVELOPMENT
PARTNERS, LLC, BRENNAN, MANNA, & DIAMOND, LLC
AND FRANK T. SOSSI

_____

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF OF APPELLEE**

_____

TO THE HONORABLE COURT OF APPEALS:

Appellee Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, LLC ("LTT") files this unopposed motion for an extension of time to file its Brief of Appellee in this appeal. Currently the brief is due on October 21, 2015. LTT respectfully requests that this Court extend the time for filing its brief by thirty days to Nov. 20, 2015. This is the first request for an extension of time for this filing.

1253892

There is good cause to grant this extension. LTT seeks this extension in order to have adequate time to analyze and brief this issues in this case. The record in this appeal is sizeable, including a 20-volume Reporter's Record from a jury trial. Moreover, Cross-Appellees have moved for a thirty day extension of time to file their brief; it makes sense to keep all parties on a parallel briefing schedule. In addition, on Oct. 2, 2015, the Fifth Circuit accepted an interlocutory appeal in which LTT's appellate counsel, Jane Webre, is lead appellate counsel. That order triggered an accelerated briefing schedule under which Ms. Webre had to prepare and file her client's opening brief by Oct. 13, 2015.

This motion is unopposed.

WHEREFORE, LTT respectfully requests that this Court grant this motion, extend the deadline to file its brief of Appellee to Nov. 20, 2015, and grant to it all other relief to which it may be entitled.

1253892

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, 24th Floor
Austin, TX 78701
(512) 495-6300
(512) 495-6399 Fax


By: /s/ *Jane Webre*_____
        S. Abraham Kuczaj, III
        State Bar No. 24046249
        akuczaj@scottdoug.com
        Paige Arnette Amstutz
        State Bar No. 00796136
        pamstutz@scottdoug.com
        Steven J. Wingard
        State Bar No. 00788694
        swingard@scottdoug.com
        Jane Webre
        State Bar No. 21050060
        jwebre@scottdoug.com

ATTORNEYS FOR CROSS-
APPELLANT/APPELLEE LAKE TRAVIS
TRANSITIONAL LTCH, LLC n/k/a LAKE
TRAVIS SPECIALTY HOSPITAL, LLC


<u>CERTIFICATE OF CONFERENCE</u>

I certify that Joy Soloway and Steven Lawson, counsel for Appellants and Cross-Appellees in this appeal, stated that they do not oppose the relief sought through this motion.

/s/ *Jane Webre*_____
Jane M.N. Webre

3

1253892

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was served on the following counsel of record via the CM/ECF electronic noticing system and e-mail, on October 13, 2015.

Jeff Cody
Barton Wayne Cox
NORTON ROSE FULBRIGHT
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784

Joy Soloway
NORTON ROSE FULBRIGHT
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Robert A. Bragalone
B. Ryan Fellman
GORDON & REES, LLP
2100 Ross Avenue, Suite 2800
Dallas, TX  75201

Jessica Z. Barger
Raffi Melkonian
Wright & Close, LLP
One Riverway, Suite 2200
Houston, TX 77056

*/s/  Jane Webre*
Jane M.N. Webre

4

1253892